UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3809 GAF | Date | November 7, 2007 |
|---|---|---|---|
| Title | Joe Douglas v. Talk America, Inc. | | |

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE |
|---|---|

| Ricardo Juarez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         In Chambers

    Court orders all counsel present for a Status Conference on Tuesday, November 13, 2007, at 9:30 am.

    IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RJ | |