**NOTE CHANGES MADE BY THE COURT**

| | |
|---|---|
| Edwin J. Richards #43855<br>Ed.Richards@kutakrock.com<br>Paul F. Donsbach #174129<br>Paul.Donsbach@kutakrock.com<br>Steven M. Dailey #163857<br>Steven.Dailey@kutakrock.com<br>Kutak Rock LLP<br>Suite 1100<br>18201 Von Karman Avenue<br>Irvine, CA 92612-1077<br>Telephone:  (949) 417-0999<br>Facsimile:   (949) 417-5394<br><br>Bartholomew L. McLeay *pro hac vice*<br>Bartholomew.Mcleay@kutakrock.com<br>Jeremy Fitzpatrick *pro hac vice*<br>Jeremy.Fitzpatrick@kutakrock.com<br>Paul R. Gwilt *pro hac vice*<br>Paul.Gwilt@kutakrock.com<br>Kutak Rock LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>Telephone: (402) 346-6000<br>Facsimile:  (402) 346-1148<br><br>Attorneys for Defendant<br>TALK AMERICA, INC. | J. Paul Gignac, Esq. #125676<br>j.paul@aogllp.com<br>Kiley L. Grombacher, Esq. #245960<br>kgrombacher@aogllp.com<br>ARIAS OZZELLO & GIGNAC LLP<br>4050 Calle Real, Suite 130<br>Santa Barbara, California  93110<br>Telephone: (805) 683-7400<br>Facsimile:  (805) 683-7401<br><br>David R. Greifinger #105242<br>tracklaw@verizon.net<br>The Law Offices of David R. Greifinger<br>1801 Ocean Park Blvd., Suite 201<br>Santa Monica, California 90405<br>Telephone: (310) 452-7923<br>Facsimile: (310)  450-4715<br><br>Howard A. Goldstein #166005<br>cyberesqlaw@sbcglobal.net<br>Law Offices of Howard A. Goldstein<br>14545 Victory Blvd., Suite 300<br>Van Nuys, California 91411<br>Telephone: (818) 779-1750<br>Facsimile: (818) 779-1850<br><br>Attorneys for Plaintiff<br>JOE DOUGLAS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| JOE DOUGLAS, on behalf of himself and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>TALK AMERICA, INC., a Pennsylvania corporation, et al.,<br><br>           Defendant. | Case No.  CV 06-3809 GAF (RCx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>**Judge:**     Hon. Gary A. Feess |

Kutak Rock LLP
Attorneys At Law
Irvine

4844-0921-4211.1

[~~PROPOSED~~] PROTECTIVE ORDER

1  IT IS HEREBY ORDERED that the joint stipulation for entry of a protective
2  order by Plaintiff JOE DOUGLAS and Defendant TALK AMERICA, INC. is
3
4  hereby GRANTED.
5  Dated: 10/20/08
6  _____
7  The Honorable Gary A. Feess

**NOTE CHANGES MADE BY THE COURT**

Edwin J. Richards #43855
ed.richards@kutakrock.com
Paul F. Donsbach #174129
Paul.Donsbach@kutakrock.com
Steven M. Dailey #163857
Steven.Dailey@kutakrock.com
Kutak Rock LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Bartholomew L. McLeay *pro hac vice*
Bartholomew.Mcleay@kutakrock.com
Jeremy Fitzpatrick *pro hac vice*
Jeremy.Fitzpatrick@kutakrock.com
Paul R. Gwilt *pro hac vice*
Paul.Gwilt@kutakrock.com
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Attorneys for Defendant
TALK AMERICA INC.

J. Paul Gignac (CSB # 125676)
j.paul@aogllp.com
Kiley L. Grombacher (CSB#245960)
kgrombacher@aogllp.com
ARIAS OZZELLO & GIGNAC<sup>LLP</sup>
4050 Calle Real, Suite 130
Santa Barbara, California 93110
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

David R. Greifinger (CSB #105242)
tracklaw@verizon.net
The Law Offices of David R. Greifinger
1801 Ocean Park Blvd., Suite 201
Santa Monica, California 90405
Telephone: (310) 452-7923
Facsimile: (310) 450-4715

Howard A. Goldstein (CSB #166005)
cyberesqlaw@sbcglobal.net
Law Offices of Howard A. Goldstein
14545 Victory Blvd., Suite 300
Van Nuys, California 91411
Telephone: (818) 779-1750
Facsimile: (818) 779-1850

Attorneys for Plaintiff
JOE DOUGLAS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE DOUGLAS, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALK AMERICA INC., a Pennsylvania corporation, et al.,<br><br>Defendant. | Case No. CV 06-3809 GAF (RCx)<br><br>Assigned to the Honorable Gary A. Feess<br>Courtroom: 740 – **ROYBAL**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ PROTECTIVE ORDER APPLYING TO DISCOVERY AND TO DISTRICT COURT PROCEEDINGS**<br><br>**Complaint Filed:** June 16, 2006 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-7442.1

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 1 -

The parties, by and through their counsel of record, hereby stipulate to the proposed protective order set forth below and request that the Court enter the proposed order.

## PROTECTIVE ORDER

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Protective Order, "document" shall be defined to mean any printed, typewritten, handwritten, digitally recorded or otherwise recorded material, including but not limited to testimony, including deposition testimony, subscriber agreements, contracts, letters, memoranda, notes, agenda, minutes, calendars, reports, analysis, presentations, articles, photographs, spreadsheets, lists, manuals, electronic mail messages, databases, software, audiotape, videotape and film.

2. Defendant may designate as confidential, according to the procedures described in paragraphs 3 through 5 below, any documents, information or testimony consisting of or containing:

   a. customer records of services, transactions, billings, or communications with Defendant, including documents containing identifying information such as any customer's name, address, telephone number and social security number, all of which may be redacted from any document produced by Defendants;

   b. marketing plans or programs, strategies, analyses, research, performance or results relating to: the sale of wireless service, rate plans, promotions, equipment, features or packages;

   c. computer-generated databases, billing systems and archives, including information stored, collected or retrieved from such systems and the design or configuration of systems, including

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 2 -

software and hardware;

    d.   revenues, sales figures, margins, profits, billings, financial information or other internal information relating to: the sale of wireless service, rate plans, promotions, equipment, features or package; and

    e.   internal company policies and procedures regarding sales, customer care, employees or management.

Defendant asserts that the documents and information described above qualify as trade secrets as defined in California Civil Code § 3426.1. The Court finds that good cause exists to protect such information because disclosure could violate the privacy rights of Defendant's customers and could harm Defendant competitively by revealing proprietary commercial information.

3. Defendant shall redact confidential information from documents when possible, rather than designating the entire document as confidential. All documents, information and testimony designated as confidential by Defendant shall be subject to the provisions of this Protective Order.

4. If Defendant claims that any document is confidential or contains confidential information, then Defendant shall mark [each page of] the document with a stamp identifying it as: "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER." [In the event that only selected pages are stamped, the first page shall also be stamped.]

5. Defendant may designate all or any portion of a deposition as confidential during the deposition or at any time during the period until ten (10) days after the transcript of the deposition is provided to Defendant's counsel, if the testimony reasonably relates to confidential documents or information as defined in paragraph 2 above. The deposition and any transcript shall be treated as confidential during this period, and thereafter any portions of the transcript or exhibits designated shall continue to be treated as confidential and subject to the

KUTAK ROCK LLP  
ATTORNEYS AT LAW  
OMAHA  

1197101-12  
4813-8511-  

CV 06-3809 GAF (RCx)  
STIPULATION AND [PROPOSED] PROTECTIVE ORDER  
- 3 -

terms of this Protective Order until the parties agree or the Court orders otherwise, as set forth in paragraph 13 below.

6. The court reporter of the deposition containing any designated testimony shall transcribe separately the testimony so designated and shall stamp or mark that testimony "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER." For any exhibits designated as confidential, the court reporter shall bind those exhibits separately and shall stamp or label the exhibits "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER."

7. The documents, information and testimony subject to this Protective Order, and information derived therefrom, shall not be used by any party, expert, deponent or other person or entity to whom such documents or materials are disclosed, for any business, commercial, or competitive purpose or for any purpose whatsoever other than the litigation of the action, the preparation for trial and the trial of this action, or for settlement thereof.

8. The designation of a document as confidential does not entitle a party to file the document in the District Court under seal. Any party intending to file with the Court a document, testimony or other information designated as confidential under this Order must provide written notice to the party that made the designation. The notice shall be provided sufficiently in advance of any proposed submission of the designated material to the Court to allow the parties to meet and confer pursuant to Local Rule 7-3 and to allow the party that made the confidentiality designation to bring an ex parte application to the Court as set forth herein. The party that made the confidentiality designation, at its option, may file an ex parte application with the Court that complies with the requirements of Local Rule 79-5 seeking the Court's authorization to file such documents under seal. The ex parte application shall be filed with the Court at least seven (7) days in advance of the date on which the motion is to be filed in order to enable the Court to rule on

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
-4-

the application before the motion is to be filed. The parties shall seal only the confidential portions of documents to be filed with the Court. The party seeking to seal documents or testimony must make the appropriate showing to obtain an order authorizing filing under seal.

9. Any filing pursuant to Paragraph 8 of this Protective Order shall comply with Local Rule 79-5 by including the original complete filing under seal and a redacted version for public viewing.

10. Disclosure of documents, information or testimony designated as confidential, including all information derived therefrom, shall be restricted solely to the following persons, who are bound by the terms of this Protective Order, unless additional persons are agreed upon and stipulated to in writing by counsel or authorized by the Court:

   a. Outside or inside (if applicable) counsel for any party to the above-captioned litigation, including all employees of said counsel's law department or law firm, such as (without limitation) permanent and temporary attorneys, contract attorneys, paralegal assistants, stenographic, and clerical employees;

   b. Those persons retained by any party herein for the purpose of furnishing consulting expert services or for giving expert testimony in this matter. Before disclosure, any such expert or consultant shall be shown a copy of this Protective Order and shall sign a declaration in the form attached hereto as Appendix A, agreeing to be bound by its terms. The party retaining such persons shall maintain all signed, original declarations. The party retaining such persons shall also provide to the other party a copy of the signed declaration, with the name of any non-testifying expert redacted. The party shall also make the declarations available for inspection by the opposing party (without redacting the name of any non-testifying expert) if

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 5 -

the parties mutually agree to do so or if ordered to do so by the Court;

c. Employees or officers of the Defendant whose job responsibilities relate directly to the matters at issue in this action and whose review of the documents and/or testimony is necessary and proper to assist the party in preparation for trial and trial of this action, or for settlement thereof;

d. Plaintiff, provided that before disclosure, Plaintiff shall be shown a copy of this Protective Order and shall sign a declaration in the form attached hereto as Appendix B, agreeing to be bound by its terms. Plaintiff's counsel shall provide to Defendant's counsel a copy of the signed declaration;

e. This Court and its personnel including, but not limited to, stenographic reporters regularly employed by the Court and stenographic reporters not regularly employed by the Court who are engaged by the Court during this litigation; and

f. A witness during the course of his or her deposition if the attorney disclosing the document, information or testimony first has shown the deponent a copy of this Protective Order and the deponent has agreed on the deposition record to be bound by its terms.

11. Each party shall take reasonable measures in storing documents, information and testimony designated as confidential to limit access to those persons who are authorized under the terms of this Protective Order to inspect, review, or receive such documents.

12. Whenever documents, information or testimony designated as confidential are to be disclosed in a deposition or other hearing or proceeding in advance of trial, any party claiming that a document or information derived therefrom is confidential may exclude from the room any person, other than

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 6 -

persons designated in Paragraph 10 of this Protective Order, for that portion of said deposition, hearing or proceeding. Nothing in this Protective Order shall limit any party from introducing documents, information or testimony designated as confidential or information derived therefrom into evidence at trial, subject to the introducing party informing all other parties of its intent to do so, and subject to any party's right to seek further protection from the Court.

13. Any party may apply to the Court, for good cause, at any time for an order modifying the terms of this Protective Order.

14. Within thirty (30) days after (1) the entry of a final judgment no longer subject to appeal on the merits of this case or (2) settlement of the claims between the parties, each party shall return to the producing party all produced documents, and copies thereof, that have been designated confidential, or shall certify that all such documents and copies have been destroyed.

15. Each party has the right to dispute the confidential status claimed by any other party in accordance with this Protective Order. If any party believes that any document, information or testimony has been designated inappropriately by another party or witness as confidential, then the party shall, in writing, so inform counsel for the party claiming confidentiality. If the party claiming confidentiality does not agree to remove the confidential designation within ten (10) business days, the party challenging the designation may bring the dispute to the District Court's attention in compliance with Local Rule 37.

16. The inadvertent production of any confidential document lacking the physical designation "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER" shall be without prejudice to any subsequent claim that such material is confidential, and no party shall be held to have waived any rights by such inadvertent production. Upon written demand of the producing party or non-party, all copies of any confidential document lacking the physical designation

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 7 -

"CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER" shall be returned immediately to the producing party. The producing party then will supply to each of the other parties a copy of the document properly designated "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER."

17. This Protective Order shall govern the production and disclosure of all documents, information and testimony produced or disclosed in this case, both before and after the entry of this Protective Order.

18. The Court and its personnel shall not be subject to the terms of this agreement.

IT IS SO STIPULATED.

Dated September 5, 2008

ARIAS OZZELLO & GIGNAC<sup>LLP</sup>

By _____
J. Paul Gignac, Esq.
Kiley L. Grombacher, Esq.
ARIAS OZZELLO & GIGNAC<sup>LLP</sup>
4050 Calle Real, Suite 130
Santa Barbara, CA 93110

David R. Greifinger, Esq.
THE LAW OFFICES OF DAVID R. GREIFINGER
1801 Ocean Park Boulevard
Suite 201
Santa Monica, CA 90405

Howard A. Goldstein, Esq.
LAW OFFICES OF
HOWARD A. GOLDSTEIN
14545 Victory Boulevard
Suite 300
Van Nuys, CA 91411

Attorneys for Plaintiff
JOE DOUGLAS

Dated September 16, 2008

KUTAK ROCK LLP

By _____
Ed Richards
Bartholomew L. McLeay *(pro hac vice)*
Jeremy Fitzpatrick *(pro hac vice)*
Paul R. Gwilt *(pro hac vice)*
Attorneys for Defendant
TALK AMERICA, INC

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 8 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE DOUGLAS, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALK AMERICA INC., a Pennsylvania corporation, et al.,<br><br>Defendant. | Case No. CV 06-3809 GAF (RCx)<br><br>Assigned to the Honorable Gary A. Feess<br>Courtroom: 740 – **ROYBAL**<br><br>**CLASS ACTION**<br><br>**APPENDIX A TO PROTECTIVE ORDER**<br><br>**Complaint Filed: June 16, 2006** |

I, _____, do hereby declare as follows:

1. I am over the age of eighteen and am not a party to the action of *Joe Douglas v. Talk America, Inc. et al.*, No. CV 06-3809, pending in the United States District Court for the Central District of California, Western Division.

2 (a). I have been retained by _____ to provide consulting expert services or for giving expert testimony in this matter.

OR

2 (b). I have been requested to review documents and/or testimony in order to assist in the litigation of this action, the preparation for trial and/or trial of this action, or for settlement thereof.

3. I have reviewed the Protective Order regarding confidentiality of documents, information and testimony entered by the Court in this case.

4. I acknowledge and agree that I am bound by the terms of the Protective Order.

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA
1197101-12
4813-8511-
CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
-9-

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED this _____ day of _____.

_____
[Signature]

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 10 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE DOUGLAS, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALK AMERICA INC., a Pennsylvania corporation, et al.,<br><br>Defendant. | Case No. CV 06-3809 GAF (RCx)<br><br>Assigned to the Honorable Gary A. Feess Courtroom: 740 – **ROYBAL**<br><br>**CLASS ACTION**<br><br>**APPENDIX B TO PROTECTIVE ORDER**<br><br>**Complaint Filed: June 16, 2006** |

I, _____, do hereby declare as follows:

1. I am over the age of eighteen and am the named plaintiff in the action entitled *Joe Douglas v. Talk America Inc., et al.*, No. CV 06-3809, pending in the United States District Court for the Central District of California, Western Division.

3. I have reviewed the Protective Order regarding confidentiality of documents, information and testimony entered by the Court in this case.

4. I acknowledge and agree that I am bound by the terms of the Protective Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED this _____ day of _____.

[Signature]

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1197101-12
4813-8511-

CV 06-3809 GAF (RCx)
STIPULATION AND [PROPOSED] PROTECTIVE ORDER
- 11 -